# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

**EDISON ALBERTO CARVAJA VASQUEZ**

V.

**PAOLA ANDREA GAMBA ACEVEDO**

**EXHIBIT AND WITNESS LIST**

Case Number: **3:18-0137**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALETA TRAUGER | Alexandria Fisher, Martha Steude | Joel Sanderson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/20/18 - 2/21/18 | Roxann Harkins | Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2/20/18 | | | **WIT: Edison Alberto Carvaja Vasquez, petitioner** |
| 1 | | " | | X | **Exhibit A to Petition DE 1-2** |
| 2 | | " | | X | **Civil registry of birth** |
| 3 | | " | | X | **Certificate of the child being enrolled in swimming class** |
| 4 | | " | | X | **SEALED Applicaiton to US Hague Convention** |
| 5 | | " | | X | **Authorization for child to leave Columbia** |
| 6 | | " | | X | **Text conversation between Kelly Chambers and petitioner (2/16/17 - 2/22/17)** |
| 7 | | " | | X | **Text conversations between respondent and petitioner and Kelly Chambers (March 2017- May 2017)** |
| 8 | | " | | X | **Western Union certifcate** |
| 9 | | " | | X | **Certificate of Petitioner's employment** |
| 10 | | " | | X | **Photos of child and petitioner** |
| X | | 2/21/18 | | | **WIT: Elena Socorro Vasquez Rua, petitioner's mother** |
| | X | " | | | **WIT : Paola A. Gamba Acevedo, respondent** |
| | 1 | " | | X | **Photo of child in hospital** |
| | 2 | " | | X | **Photos of respondent's arms** |
| | 3 | " | | X | **Affidavit by respondent's mother** |
| | X | " | | | **WIT: David Chambers, brother-in-law of respondent** |
| 11 | | " | | X | **Case law from Columbia** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages