IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EDISON ALBERTO CARVAJA VASQUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil No. 3:18-cv-00137 |
| | ) | Judge Trauger |
| PAOLA ANDREA GAMBA ACEVEDO, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

It is hereby ORDERED that the parties shall file additional briefing on the issues before the court by March 9, 2018. It is further ORDERED that additional testimony will be taken in this case on Wednesday, March 14, 2018 beginning at 1:00 p.m.

It is so **ORDERED.**

Enter this 22nd day of February 2018.

_____
ALETA A. TRAUGER
U.S. District Judge