AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

EDISON ALBERTO CARVAJA VASQUEZ

V.

PAOLA ANDREA GAMBA ACEVEDO
(Interpreters: Judith Kristy, Heather Hayes)

**EXHIBIT AND WITNESS LIST**

Case Number: 3:18-00137

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| ALETA TRAUGER | Alexandria Fisher | Joel Sanderson |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/20/18 (continuation of hearing on 3/14/18) | Patty Jennings | Katheryn Beasley |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 3/20/18 | | | **WIT: Ana Maria Vasquez, cousin of petitioner** |
| X | | " | | | **WIT: Diana Eugenia Vasquez Rua, aunt of petitioner** |
| 13 | | " | | X | **Affidavit of witness Vasquez Rua** |
| X | | " | | | **WIT: Edison Alberto Carvaja Vasquez, petitioner** |
| 14 | | " | | X | **Photos of petitioner and son** |
| X | | " | | | **WIT: Luz Elena Villegas Sanchez, co-worker of petitioner** |
| 15 | | " | | X | **Affidavit of witness Sanchez** |
| | 11 | " | | X | **Emails from petitioner to witness Sanchez** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages