IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EDISON ALBERTO CARVAJAL VASQUEZ, ) ) ) | |
| Petitioner, ) ) | |
| v. ) ) | Case No. 3:18-cv-0137 |
| ) | Judge Aleta A. Trauger |
| PAOLA ANDREA GAMBA ACEVEDO, ) ) | |
| Respondent. ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, Edison Carvajal Vasquez's Petition under the Hague Convention is **DENIED**, and the Order (Doc. No. 9) granting the Petition to Prohibit Removal of Child from the Jurisdiction is **VACATED**. The Clerk shall return the respondent's and the child's passports to the respondent.

This action is **DISMISSED**.

The Clerk is **DIRECTED** to enter judgment in favor of the respondent, in accordance with Fed. R. Civ. P. 58.

It is so **ORDERED**.

ENTER this 16th day of April 2018.

_____
ALETA A. TRAUGER
United States District Judge