# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Edison Alberto Carvaja Vasquez

                                  Petitioner,

v.                                                           Case No.: 3:18–cv–00137

Paola Andrea Gamba Acevedo

                                  Respondant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/16/2018 re [39].

                                                                            Keith Throckmorton, Clerk
                                                               s/ Dalaina Thompson, Deputy Clerk