# EXHIBIT A

| From: | Chen Song <chen@mira.legal> |
|---|---|
| Sent: | Monday, March 12, 2018 7:51 PM |
| To: | Fisher, Alexandria S.; Roxann_Harkins@tnmd.uscourts.gov; Monti, Karen; Staude, Martha H.; Joel Sanderson; Fischman, Katharine B. |
| Subject: | Re: Vasquez v. Acevedo, 3:18-cv-00137; Transcript Fee |

Thank you, Alex, for the thoughtful follow-up. There's no need to resend the invoice. I just wanted to make sure that we coordinated with everyone so that we're all on the same page and there are no misunderstandings.

Best regards,
Chen

On Mon, Mar 12, 2018 at 6:23 PM, Fisher, Alexandria S. <afisher@fbtlaw.com> wrote:

Chen,

I previously provided your office with the invoice. Do you need me to resend?

Alexandria S. Fisher
Attorney at Law

Frost Brown Todd, LLC
The Pinnacle at Symphony Place | 150 3rd Ave South, Suite 1900
Nashville, TN 37201

615.251.5594 Direct
615.251.5550 Main
615.251.5551 Fax

afisher@fbtlaw.com<mailto:afisher@fbtlaw.com>
Frostbrowntodd.com<http://Frostbrowntodd.com>

Sent from my iPhone

On Mar 12, 2018, at 6:13 PM, Chen Song <chen@mira.legal<mailto:chen@mira.legal>> wrote:

Dear Roxann,

This is Chen with MIRA Legal. Thank you so much once again for expediting the transcripts for the hearings in Vasquez v. Acevedo, 3:18-cv-00137. We want to make sure you get paid. We have agreed to split the bill with the counsel for the Petitioner. Please let us know how much we each owe you and what would be the best way to get the money to you.

Thank you,
Chen

--
Chen Song
Attorney

MIRA Legal
5252 Hickory Hollow Parkway
Suite 270A
Antioch, Tennessee 37013
615-307-6472
chen@mira.legal<mailto:chen@mira.legal>

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

--
Chen Song
*Attorney*
MIRA Legal
5252 Hickory Hollow Parkway
Suite 270A
Antioch, Tennessee 37013
615-307-6472
chen@mira.legal

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**From:** Chen Song <chen@mira.legal>
**Sent:** Friday, March 16, 2018 5:44 PM
**To:** Staude, Martha H.
**Cc:** Fisher, Alexandria S.; Joel Sanderson; Monti, Karen
**Subject:** Re: [FWD: fees, terms, cred, etc.]

Great! We'll take care of half the bill with the reporter. Have a great day!

On Fri, Mar 16, 2018 at 4:51 PM, Staude, Martha H. <mstaude@fbtlaw.com> wrote:

Great. Here's a copy of the transcript and invoice. If you can remit half to the court reporter, we'll take care of our end.

Thanks,

Martha

**Martha H. Staude**

Attorney at Law | Frost Brown Todd LLC

859.244.3207   Direct
859.338.9886   Mobile

mstaude@fbtlaw.com

**From:** Chen Song [mailto:chen@mira.legal]
**Sent:** Friday, March 16, 2018 4:01 PM
**To:** Staude, Martha H. <mstaude@fbtlaw.com>
**Cc:** Fisher, Alexandria S. <afisher@fbtlaw.com>; Joel Sanderson <joel@mira.legal>; Monti, Karen <kmonti@fbtlaw.com>
**Subject:** Re: [FWD: fees, terms, cred, etc.]

1

Dear Martha,

That works for us. If you are up for it, I can call the court reporter and coordinate this.

Best regards,

Chen

On Fri, Mar 16, 2018 at 9:49 AM, Staude, Martha H. <mstaude@fbtlaw.com> wrote:

Chen, we inquired about getting a transcript from Wednesday and can have one completed by Monday. Are you and Joel interested in splitting the cost?

Just let us know. We haven't ordered it yet, but will need to decide soon

Thanks,
Martha

Sent from my iPhone

On Mar 15, 2018, at 7:46 PM, Chen Song <chen@mira.legal<mailto:chen@mira.legal>> wrote:

Sounds good. I'll let her know and set things up.

Best regards,
Chen

On Thu, Mar 15, 2018 at 6:42 PM, Fisher, Alexandria S. <afisher@fbtlaw.com<mailto:afisher@fbtlaw.com>> wrote:

Chen,

Heather's fees regarding travel are a bit higher than the interpreters we have used previously, but since it appears she is the only other certified interpreter available, I think we don't have any other options.

Frost Brown Todd will split the fees with you guys for both interpreters. Thanks for coordinating with Heather, Chen. Please make her aware of the fact that we will have three witnesses appearing via teleconference next week.

Alexandria S. Fisher
Attorney at Law

Frost Brown Todd, LLC
The Pinnacle at Symphony Place | 150 3rd Ave South, Suite
1900<https://maps.google.com/?q=150+3rd+Ave+South,+Suite+1900+%0D%0ANashville,+TN+37201+%0D%0A+%0D

%0A615&entry=gmail&source=g>
Nashville, TN 37201

615.251.5594<tel:(615)%20251-5594> Direct
615.251.5550<tel:(615)%20251-5550> Main
615.251.5551<tel:(615)%20251-5551> Fax

afisher@fbtlaw.com<mailto:afisher@fbtlaw.com><mailto:afisher@fbtlaw.com<mailto:afisher@fbtlaw.com>>
Frostbrowntodd.com<http://Frostbrowntodd.com><http://Frostbrowntodd.com<http://Frostbrowntodd.com>>

Sent from my iPhone

On Mar 15, 2018, at 6:02 PM, Chen Song
<chen@mira.legal<mailto:chen@mira.legal><mailto:chen@mira.legal<mailto:chen@mira.legal>>> wrote:

We spoke yesterday about hiring Heather Hayes to be the second interpreter for the hearing on Tuesday at 1:30 PM.
She has e-mailed me her terms, which she says are the same she previously showed Frost Brown Todd. If this all looks
good to you, MIRA Legal will go ahead and hire Heather for Tuesday and we can split the bill just as we are doing with
the other interpreters.

Best regards,
Chen


---------- Forwarded message ----------
From:
<info@uscourtinterpreter.com<mailto:info@uscourtinterpreter.com><mailto:info@uscourtinterpreter.com<mailto:in
fo@uscourtinterpreter.com>>>
Date: Thu, Mar 15, 2018 at 3:12 PM
Subject: [FWD: fees, terms, cred, etc.]
To: chen@mira.legal<mailto:chen@mira.legal><mailto:chen@mira.legal<mailto:chen@mira.legal>>


Chen, please forgive the delay in sending.

I am simply forwarding you an email that I had sent to your colleagues on the other side of this case a couple of weeks
ago.

My terms and conditions are pasted below, and my resumé and a copy of my certification are attached.

I just got in the door, and was able to get into email, etc.

Best regards,

Heather L. Hayes
Certified Federal Court Interpreter
AL-Certified Court Interpreter
TN-Certified Court Interpreter
Cleared for Federal Grand Jury
9210 Dobbs Cemetery
Rd.<https://maps.google.com/?q=9210+Dobbs+Cemetery+Rd.+%0D%0ABaxter,+TN+38544+%0D%0A(931&entry=gma
il&source=g>

Baxter, TN 38544
(931) 256 0272<tel:(931)%20256-0272><tel:(931)%20256-0272>
www.uscourtinterpreter.com<http://www.uscourtinterpreter.com>><http://www.https://protect-
us.mimecast.com/s/W72wCjROAQsAN2vphwhbxl?domain=uscourtinterpreter.com<http://http://www.uscourtinterpr
eter.com>>
info@uscourtinterpreter.com<mailto:info@uscourtinterpreter.com><mailto:info@uscourtinterpreter.com<mailto:inf
o@uscourtinterpreter.com>>
WWW.SELTINET.COM<http://WWW.SELTINET.COM>><http://WWW.https://protect-
us.mimecast.com/s/MPiJCmZM7Rc64ZrEU7txWp?domain=seltinet.com<http://WWW.https://protect-
us.mimecast.com/s/MPiJCmZM7Rc64ZrEU7txWp?domain=seltinet.com>>
Southeastern Legal Translators and Interpreters Network
1 844 Speak SP


-------- Original Message --------
Subject: fees, terms, cred, etc.
From:
<info@uscourtinterpreter.com><mailto:info@uscourtinterpreter.com><mailto:info@uscourtinterpreter.com><mailto:in
fo@uscourtinterpreter.com>
Date: Fri, February 16, 2018 10:20 am
To: kmonti@fbtlaw.com><mailto:kmonti@fbtlaw.com><mailto:kmonti@fbtlaw.com><mailto:kmonti@fbtlaw.com>>

Hello, Karen, and thanks for contacting me re your hearing on Tuesday.
I spoke with Myra. She's good with me coming in later.

Fees, etc. are pasted below.

Attaching resumé and copy of fed certification.

Best regards,

Heather L. Hayes
Certified Federal Court Interpreter
AL-Certified Court Interpreter
TN-Certified Court Interpreter
Cleared for Federal Grand Jury
9210 Dobbs Cemetery
Rd.<https://maps.google.com/?q=9210+Dobbs+Cemetery+Rd.+%0D%0ABaxter,+TN+38544+%0D%0A(931&entry=gma
il&source=g>
Baxter, TN 38544
(931) 256 0272<tel:(931)%20256-0272><tel:(931)%20256-0272>
www.uscourtinterpreter.com<http://www.uscourtinterpreter.com>><http://www.https://protect-
us.mimecast.com/s/W72wCjROAQsAN2vphwhbxl?domain=uscourtinterpreter.com<http://https://protect-
us.mimecast.com/s/oINXCkRO6Qs4G7pmugKLaj?domain=uscourtinterpreter.com>>
info@uscourtinterpreter.com<mailto:info@uscourtinterpreter.com><mailto:info@uscourtinterpreter.com<mailto:inf
o@uscourtinterpreter.com>>
WWW.SELTINET.COM<http://WWW.SELTINET.COM>><http://WWW.https://protect-
us.mimecast.com/s/MPiJCmZM7Rc64ZrEU7txWp?domain=seltinet.com<http://WWW.https://protect-
us.mimecast.com/s/MPiJCmZM7Rc64ZrEU7txWp?domain=seltinet.com>>
Southeastern Legal Translators and Interpreters Network
1 844 Speak SP

TERMS AND CONDITIONS:

GENERAL FEES:

Interpretation/travel: $85.00 per hr.

Minimum charge: 4 hours, or a half-day.

Fees are assessed on a "portal-to-portal" basis.

OVERTIME: $110.00/hour (anything over 8 hours in the same 24-hour period, or anything after 6 p.m.)

MILEAGE: billed at current federal rate.


CANCELLATION FEES:
Cancellation must be given with 24 hours' advance notice: this includes work-days only.

In other words, notification for cancelling an assignment that begins at 9 a.m. on Monday must be given by 9:00 a.m. on Friday, etc. My assignment is understood to start at the time I would have had to initiate travel in order to arrive a half-hour before the proceedings in question on the same day, or in order for me to have arrived at my accommodations by 9 p.m. the previous night.

Cancellation fees are payable as follows:

For engagements where 1 day has been reserved: $510.00 (equivalent of 6 hours).
For engagements where more than 1 day has been reserved: $510.00 each for first and second day.

--
Chen Song
Attorney
MIRA Legal
5252 Hickory Hollow
Parkway<https://maps.google.com/?q=5252+Hickory+Hollow+Parkway+%0D%0ASuite+270A+%0D%0AAntioch,+Tennessee+37013&entry=gmail&source=g>
Suite 270A

Antioch, Tennessee 37013
615-307-6472<tel:(615)%20307-6472>
chen@mira.legal<mailto:chen@mira.legal><mailto:chen@mira.legal<mailto:chen@mira.legal>>

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

<HeatherHayes_CV_Jan_2018.pdf>
<cert_AOUSC.pdf>

---

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800<tel:(513)%20651-6800> (collect), so that our address record can be corrected.

---

--
Chen Song
Attorney
MIRA Legal
5252 Hickory Hollow Parkway
Suite 270A
Antioch, Tennessee 37013
615-307-6472
chen@mira.legal<mailto:chen@mira.legal>

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

--

Chen Song

*Attorney*

MIRA Legal

5252 Hickory Hollow Parkway

Suite 270A

Antioch, Tennessee 37013

615-307-6472

chen@mira.legal

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

--
Chen Song
*Attorney*
MIRA Legal
5252 Hickory Hollow Parkway
Suite 270A
Antioch, Tennessee 37013
615-307-6472
chen@mira.legal

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

| From: | Fisher, Alexandria S. |
|---|---|
| Sent: | Friday, March 23, 2018 11:47 AM |
| To: | Chen Song; Monti, Karen; Staude, Martha H.; Fischman, Katharine B. |
| Cc: | Joel Sanderson; Fisher, Alexandria S. |
| Subject: | RE: Billing Logistics for Interpreters |

Chen,

That process works for us. Thank you.

**Alexandria S. Fisher**
**Attorney at Law | Frost Brown Todd LLC**
615.251.5594 Direct
afisher@fbtlaw.com

**From:** Chen Song <chen@mira.legal>
**Sent:** Friday, March 23, 2018 11:02 AM
**To:** Fisher, Alexandria S. <afisher@fbtlaw.com>; Monti, Karen <kmonti@fbtlaw.com>; Staude, Martha H. <mstaude@fbtlaw.com>; Fischman, Katharine B. <kfischman@fbtlaw.com>
**Cc:** Joel Sanderson <joel@mira.legal>
**Subject:** Billing Logistics for Interpreters

Dear Alex,

    If it helps, it sounds like both Heather and Judith are on for interpreting on Tuesday. I just wanted to confirm billing logistics for our interpreters. So far, I think we've just been asking interpreters to just send one invoice to one firm to make the process easier for them (and we'll split costs at the end). Please let me know if that process works well for you or if you would prefer a different invoicing process.

                        Thanks,
                        Chen

--
Chen Song
*Attorney*
MIRA Legal
5252 Hickory Hollow Parkway
Suite 270A
Antioch, Tennessee 37013
615-307-6472
chen@mira.legal

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this

email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

| From: | Fisher, Alexandria S. |
|---|---|
| Sent: | Wednesday, March 28, 2018 2:25 PM |
| To: | Monti, Karen |
| Subject: | FW: Vasquez v. Acevedo, 3:18-cv-00137; Spanish Language Interpreters for Wednesday's Hearing |
| | |
| Categories: | FOLLOW UP |

FYI

**Alexandria S. Fisher**

**Attorney at Law | Frost Brown Todd LLC**

615.251.5594  Direct

afisher@fbtlaw.com

**From:** Chen Song <chen@mira.legal>
**Sent:** Tuesday, March 13, 2018 5:33 PM
**To:** Staude, Martha H. <mstaude@fbtlaw.com>
**Cc:** Fisher, Alexandria S. <afisher@fbtlaw.com>; Monti, Karen <kmonti@fbtlaw.com>; Joel Sanderson <joel@mira.legal>
**Subject:** Re: Vasquez v. Acevedo, 3:18-cv-00137; Spanish Language Interpreters for Wednesday's Hearing

A 50/50 split sounds fair to us. Please let me know what you need from us to help facilitate everything. I can be reached by my direct line at 615-270-1519.

Best regards,
Chen

On Tue, Mar 13, 2018 at 5:28 PM, Staude, Martha H. <mstaude@fbtlaw.com> wrote:

Apologies – I was referring to splitting the fees 50/50.  I don't have an official proposal.  FBT will receive the bill directly after the hearing and can share with you upon receipt.

Thanks,

Martha

**Martha H. Staude**

Attorney at Law |  Frost Brown Todd LLC



<u>859.244.3207</u>   Direct
<u>859.338.9886</u>   Mobile


mstaude@fbtlaw.com


**From:** Chen Song [mailto:<u>chen@mira.legal</u>]
**Sent:** Tuesday, March 13, 2018 6:26 PM


**To:** Staude, Martha H. <<u>mstaude@fbtlaw.com</u>>
**Cc:** Fisher, Alexandria S. <<u>afisher@fbtlaw.com</u>>; Monti, Karen <<u>kmonti@fbtlaw.com</u>>; Joel Sanderson
<<u>joel@mira.legal</u>>
**Subject:** Re: Vasquez v. Acevedo, 3:18-cv-00137; Spanish Language Interpreters for Wednesday's Hearing


Hi Martha,


Thank you so much for putting this together. I don't see the proposal. Is is attached?


Thanks,

Chen


On Tue, Mar 13, 2018 at 4:01 PM, Staude, Martha H. <<u>mstaude@fbtlaw.com</u>> wrote:


Chen, I received confirmation from Myra that she and Judith are going to work with us on this.  Let me know if the below proposal is acceptable and we're all set to go. Thanks!


**Martha H. Staude**

**Attorney at Law |**  Frost Brown Todd LLC

859.244.3207     Direct
859.338.9886     Mobile


mstaude@fbtlaw.com


**From:** Staude, Martha H.
**Sent:** Tuesday, March 13, 2018 4:39 PM
**To:** Chen Song <chen@mira.legal>
**Cc:** Fisher, Alexandria S. <afisher@fbtlaw.com>; Monti, Karen <kmonti@fbtlaw.com>; Joel Sanderson
<joel@mira.legal>
**Subject:** RE: Vasquez v. Acevedo, 3:18-cv-00137; Spanish Language Interpreters for Wednesday's Hearing


Great.  I would prefer to go 50-50 if that works on your end.  We're just trying to confirm with Judith and Myra – they had
previously indicated some concerns so we wanted to follow up with them.


**Martha H. Staude**

**Attorney at Law | Frost Brown Todd LLC**


859.244.3207     Direct
859.338.9886     Mobile


mstaude@fbtlaw.com


**From:** Chen Song [mailto:chen@mira.legal]
**Sent:** Tuesday, March 13, 2018 4:12 PM
**To:** Staude, Martha H. <mstaude@fbtlaw.com>
**Cc:** Fisher, Alexandria S. <afisher@fbtlaw.com>; Monti, Karen <kmonti@fbtlaw.com>; Joel Sanderson
<joel@mira.legal>
**Subject:** Re: Vasquez v. Acevedo, 3:18-cv-00137; Spanish Language Interpreters for Wednesday's Hearing

Splitting the costs sounds sensible to me. What did you have in mind?


On Tue, Mar 13, 2018 at 2:32 PM, Staude, Martha H. <mstaude@fbtlaw.com> wrote:

Chen, we've reached out to the interpreters on this for their thoughts and will let you know.  Would you be able to split the cost of the interpreters if we are able to use the ones we've retained for both parties?


Thanks,

Martha



**Martha H. Staude**

Attorney at Law |  Frost Brown Todd LLC



859.244.3207    Direct
859.338.9886    Mobile



mstaude@fbtlaw.com


**From:** Chen Song [mailto:chen@mira.legal]
**Sent:** Tuesday, March 13, 2018 2:10 PM
**To:** Fisher, Alexandria S. <afisher@fbtlaw.com>; Staude, Martha H. <mstaude@fbtlaw.com>; Monti, Karen <kmonti@fbtlaw.com>; myragann@gmail.com; jkinterp@gmail.com; CLAUDIA RUBIO S. <thelanguageconnection@gmail.com>
**Cc:** Joel Sanderson <joel@mira.legal>
**Subject:** Vasquez v. Acevedo, 3:18-cv-00137; Spanish Language Interpreters for Wednesday's Hearing


Dear Alex, Martha, Karen, Judith, Myra, and Claudia,

I write to follow up on Spanish interpreting logistics for tomorrow's hearing. I've contacted Judith, Myra, Heather, Marvyn, David, and Claudia to find out who would be available tomorrow. I also spoke with Katheryn, Judge Trauger's law clerk, to figure out what technological constraints will mean for interpretations at the hearing. Here's what I could figure out:

1.) There won't be any headsets and interpreters will have to speak into the microphone to record everything into the transcript. This means that interpreters will not be conducting simultaneous interpretations, but rather interpreting consecutively with the testimony.

2.) Heather, Marvyn, and David will be unavailable to interpret tomorrow. Judith and Myra currently plan to translate for the Petitioner. Claudia would also be available to translate tomorrow, but she is in Indiana.

We need to have interpreters available for all the Spanish-language testimony, but we currently have a deficit of available interpreters. At the same time, I've been told that some people are under the impression that both the Petitioner and the Respondent need to have their own set of interpreters. It does seem that we would have enough interpreters for tomorrow if Judith and Myra would be available to interpret for all the witnesses, but I could be missing something. At the end of the day, the witnesses need to be understood, so I want to make sure that we work out the logistics.

Would it be possible for Judith and Myra to handle Spanish-language interpretations tomorrow? If not, does anyone know what issues (legal, logistical, technological, financial, or otherwise) need to be resolved to move forward?

Thank you all for your time and attention. I look forward to hearing from you and working with you to figure out a solution by the end of the day.

Sincerely,

Chen Song

--

Chen Song

*Attorney*

MIRA Legal

5252 Hickory Hollow Parkway

Suite 270A

Antioch, Tennessee 37013

615-307-6472

chen@mira.legal

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

--

Chen Song

*Attorney*

MIRA Legal

5252 Hickory Hollow Parkway

Suite 270A

Antioch, Tennessee 37013

615-307-6472

chen@mira.legal

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

--

Chen Song

*Attorney*

MIRA Legal



5252 Hickory Hollow Parkway

Suite 270A

Antioch, Tennessee 37013

615-307-6472

chen@mira.legal

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Frost Brown Todd LLC at (513) 651-6800 (collect), so that our address record can be corrected.

--
Chen Song
*Attorney*
MIRA Legal
5252 Hickory Hollow Parkway
Suite 270A
Antioch, Tennessee 37013
615-307-6472
chen@mira.legal

8

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

| | |
|---|---|
| **From:** | Chen Song <chen@mira.legal> |
| **Sent:** | Thursday, March 29, 2018 10:47 AM |
| **To:** | Monti, Karen; Fisher, Alexandria S.; Staude, Martha H.; Fischman, Katharine B. |
| **Cc:** | Joel Sanderson |
| **Subject:** | Vasquez v. Acevedo, 3:18-cv-00137; Invoice from Heather Hayes |
| **Attachments:** | MIraLegal_FrostBrownTodd_03_20_2018_invoice_HHayes_Interp.rodt.pdf; |
| | MIraLegal_FrostBrownTodd_03_27_2018_invoice_HHayes_Interp.rodt.pdf |

Dear Karen,

I have attached the invoice from Heather Hayes. The total comes out to $724.15 + $901.65 = $1,625.80, so I believe that should come out to $812.90 for each of us.

Best regards,
Chen

--
Chen Song
*Attorney*
MIRA Legal
5252 Hickory Hollow Parkway
Suite 270A
Antioch, Tennessee 37013
615-307-6472
chen@mira.legal

CONFIDENTIALITY NOTICE: This email message and any accompanying data or files is confidential and may contain legally privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.