IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION
**Electronically Filed**

| | |
|---|---|
| In re the Application of: | ) |
| | ) |
| EDISON ALBERTO | ) |
| CARVAJAL VASQUEZ, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| and | )   Case No. 3:18-cv-00137 |
| | )   Judge Aleta A. Trauger |
| PAOLA ANDREA | ) |
| GAMBA ACEVEDO, | ) |
| | ) |
|    Respondent. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Edison Alberto Carvajal Vasquez, Petitioner, appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum (Doc. No. 38), Order (Doc. No. 39), and Entry of Judgment (Doc. No. 40) entered in this action on the 16th day of April, 2018.

        Respectfully submitted,

        s/ Alex S. Fisher
        ALEX S. FISHER
        FROST BROWN TODD LLC
        The Pinnacle at Symphony Place
        150 3rd Ave South, Suite 1900
        Nashville, TN 37201
        afisher@fbtlaw.com
        (615) 251-5594

        *Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2018, I electronically filed the foregoing Notice of Appeal with the United States District Court for the Middle District of Tennessee using the CM/ECF system, to be served by operation of the CM/ECF system upon the following:

Joel Sanderson, Esq.
Monarch Immigration Rights Advocates PLLC
5252 Hickory Hollow Pkwy, Suite 270A
Antioch, TN 37013
joel@mira.legal
(615) 307-6472

*Counsel for Respondent*

                                                                       s/ Alex S. Fisher

0137227.0652721  4829-1061-0534v2